# United States Bankruptcy Court
## Southern District of New York

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

BearingPoint, Inc.                                                  Case No. 09-10691 (REG)
                                                                                   Jointly Administered

                                    Debtors,
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

John DeGroote Services LLC,                         Adv. No. 10-3860 (REG)

                                    Plaintiff,


                -    against -


Talent Fusion
                                    Defendant
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

**Name: Talent Fusion**

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.


Date: June 22, 2011                                             Vito Genna_____
                                                                        Clerk of the Bankruptcy Court


                                                                        By: s/ Mary Lopez_____
                                                                        Deputy Clerk