# United States Bankruptcy Court
## Southern District of New York

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

BearingPoint, Inc.                                    Case No. 09-10691 (REG)
                                                      Jointly Administered

                          Debtors,
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

John DeGroote Services LLC,                           Adv. No. 10-3860 (REG)
                          Plaintiff,


              -   against -


Talent Fusion
                          Defendant
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### CERTIFICATE OF SERVICE

I, Mary Lopez, hereby certify that I am an employee of the United States Bankruptcy Court, Southern District of New York and a disinterested party to this matter.

I further certify that on June 22, 2011, true and correct copies of the Clerk's Entry of Default, [Case No. 10-3860; Document No. 6) were served upon:

Talent Fusion
290 Merrill Road
Pittsfield, MA 01201-3728

at the above-listed addresses designated for that purpose by enclosing true copies of same in first-class post-paid properly addressed envelopes and depositing same into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.


Dated:  June 22, 2011                                 /s/ Mary Lopez_____
New York, New York                                    Deputy Clerk